UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:16CR20955

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE PATIN,

    Defendant.

_____/

### NOTICE OF FILING DEFENDANT'S RECOMMENDATION LETTERS

The Defendant, JOSE PATIN, by and through the undersigned counsel, respectfully files the following for review:

    A.    Character Letters, *attached hereto.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished to: **The Office of the United States Attorney** this 13th day of July, 2017.

Respectfully submitted,

By: *Michael Mirer*
MICHAEL MIRER, ESQ.
Florida Bar No. 0119490
New World Tower
100 N. Biscayne Blvd,
Suite 1300
Miami, Florida 33132
Tel.: 305-536-6177
Fax: 305-536-6179