To whom it may concern:

Re: Jose Miguel Patin

This letter is tell you about the man I have known for the last thirty years.

Jose Miguel is my wife's older brother and as such I was able to see how he has taken upon him to lead the family after his father health deteriorated by showing an exemplary work ethic (starting in the early morning and not stopping till the last plane has landed safely) and creating a workplace for the family where they all could make an honest living. He has been a true example of a hard worker, loving brother, father and grandfather. He has been a person that has always been ready to listen to one's personal issues and ready with advice to whomever was willing to hear and accept his suggestion no matter how tuff they were. He has guided many people to follow their dreams by finishing their education and keeping the eye on the prize at the end of the rainbow.

Personally I have been guided by Jose mentoring to do my utmost to achieve my personal goals and not to let stumbling blocks in my path stop me from going ahead.

I understand that he has accepted his responsibility and is ready to accept whatever is coming.

I hope that with this letter I was able to give you a small glimpse of the person that helped his family, colleagues, employees and friends.

Sincerely,

Charles P.J. de Haas