June 11, 2017

To whom it may concern:

Re: Jose Miguel Patin

I am writing you this letter in the hope it will help you see the person Jose Miguel Patin is despite the guilty plea he has accepted.

As my big brother, I have known him all my life. He has always been loving, protective, supportive and most of all present and available. I miss him terribly as do, all the other members of the family. He has always been the one we all depend on for support and guidance. As the eldest he has always shown us that we can count on him. He has shown this in many ways, be it by comforting us when needed or celebrating good things and even at times letting us know when things were not ok. He has shown us this by the way he cared for our parents providing whatever they needed not only economically but more importantly with his presence and attention to their needs in a most loving way up until they passed away. He also cares for our older sister, who is ill and very fragile and constantly asking for him.

I have always known him to be hard working, dedicated to family and well regarded and respected among his peers. Great father and doting grandfather.

I know without a doubt that Jose Miguel Patin is incredibly remorseful not only because of his present situation but because of the stress, heartaches and pain it has caused us, his family.

We are also deeply concerned because of his health issues and age. He tells us not to worry that he is doing better but we know he is mostly trying to protect us.

We know him, who he really is and we love and support him. We pray for him and for us with great hope and above all, Faith.

In conclusion, I want to thank you for allowing me to share just some of the wonderful qualities of the Jose Miguel Patin I grew up with, know and love, my Big Brother.

Sincerely,

Yolanda Patin de Haas