June 12, 2017

To whom it may concern,

Talking about my husband, is something very special to me, he is and forever be the most important person in my life, because I have shared more time with him than with anyone else. Since the moment we met very young we promise each other eternal love. This year on June 4th, 2017 we celebrate 42 years of marriage full of love, union and delightment because we have loved each other the same way as the first day.

From our marriage we have a family of 3 children, 1 girl and 2 boys and 9 lovely grandchildren, 7 girls and 2 boys that have filled our hearts with joy. My husband is extremely responsible and always has given our family moral support and has always been their for our children and grandchildren. He has been the most incredible husband, father, son, and solidary friend. He is very considerate with everyone he knows.

This situation has been like a dark cloud, we don't know what happened and why. I am a catholic woman and I believe that the devil had something to do with this, to do us moral harm but on the other hand when you have God in your heart and in your life that will make you stronger. This happen to us. Our family has been united from this situation and I believe that God has a purpose for our lives and he has been our strength through all of this and we have kept our faith because our lord has a better plan for us.

This is why I am appealing to you as a women and judge that impart law. Listen to your heart, let Jesus words into your mind and soul. We are all believers in my family, my husband and I trust in God. We as a family, are waiting with faith and love that Jesus will make you decide the best decision possible because our lord is big and merciful.

I just ask for you to listen to your heart, my children and grandchildren and I who are waiting anxiously your decision and with faith we trust that it will be the right choice for all of us. May the lord guide you, give you wisdom, and bless you.

Isabel Hernandez de Patín