June 14, 2017

To whom it may concern,

I am the daughter of Jose Miguel Patin, a present and protector father in every aspect of my life, who has been there by my side to celebrate and applaud each of my triumph as his own, as well to give me his hand to reach me up when I fall, and always has given me his support and unconditional love.

Since I was a little girl, I remember my father working, without complains, doing with care and passion his work of being a pilot. He always plant in us the importance of working and choosing a job that we liked because " Who loves what he does, is blessedly condemned to success". This is a quote from Facundo Cabral that was constantly reminded to us by our father. Today I am the mother of 5 girls and I remind them this quote everyday.

We are four brothers, I am the only girl, we all grew up watching our father work and sacrifice so that we, as well as his parents and family would never lack anything. From a very young age, he inculcate values to us, like to be responsible, honest, loyal with our friends and family. Whenever he could help someone he did it with pleasure, and without expecting anything in return, he is a friend and family member who cares more for the well-being of his loved ones before his own. Like their employees, most of them have seen my brothers and me grow up, they have decades with us, that's why I do not lie when I say that we are a big family, my father always looked for a way to help them, so they can prepare in their area, to do their work with enthusiasm and make them fell they are an important part of the company.

I have had the joy of being able to work a lifetime with my parents and siblings, from a very young age, we all get involved in the company, each one of us in different areas, step by step each one was gaining their space, starting from the bottom, until we reach high positions, being witnesses that with effort and perseverance, everything can be achieved. There is no family conversation where there are no airplanes, flights, anecdotes, we grew up and lived with it, loving our work, passionately doing each project and creating moments of value together with the best company, our family.

My father is not a person of many friends, has few but very valuable for him and for all of his life, is loyal and solidary friend. A humble man, who does not like luxuries or excesses, who encouraged us to study and prepare, who supports us in every project or adventure we undertake.

I know that he is an excellent son, was responsible for his parents, until the last day of their lives, a gesture that as a human being I value, but as a daughter has a greater meaning, and now, despite the circumstances in which the Is, I can only think of supporting him, because he does not deserve less of me. He has always been and will

be my greatest pride, despite the mistakes he has made and acknowledged, his faults can not be worth more than the good trajectory of his life.

We are all made mistakes, but it is in us to learn from them, to make them a life lesson, to accept what happens to us without questions, because God has a perfect plan, which is always much better than ours. Despite the distance that separates us, every day that passes I feel my father closer, I have been able to witness how God has changed him, even in these circumstances, my old man, he is still my greatest teacher. Today he speaks about forgiveness, words of hope, valuing family time and of all the plans he has to spend time with us and his grandchildren, who miss him so much. He has known to assume his responsability with integrity, in front of all, without excuses, like the humble man and noble heart that he has.

I believe in second chances, because they mark the beginning of a new path, where we can be the best version of ourselves. Hopefully with this lines you can see the quality of the human being in front of you, despite the mistakes made. This is not only the letter of a daughter speaking of her father, but also of an excellent husband, loving and responsible father, a good son, brother and supportive friend, but above all, in the role that he enjoy the most , To be the best grandfather of all.

Regards,
Isabel Patin-Ricardo
(Daughter)