June 13, 2017

To whom it may concern:

I am writing this letter on behalf of my father Jose M Patin, who is presently before you on criminal charges and is due to be sentenced shortly. My name is Joan Patin, im 32 years old and im his youngest son of four. What can I say about my father? I love him. He is my north and example to follow. He has shown me all the good in life and also the bad. Ever since I was young of age he has been teaching me all about life. Everyday there isn't a single lesson I don't learn from him. He has always been a good and loving father and at times has been a tough but reasonable father. As a teenager I used to get mad at him as typical teenagers do with their parents, for every little detail, but all of his complaints or minor things that we couldn't agree on, now have a meaning. This is why he wanted more from us. He was preparing us for any situation that life brings, moments like these. I couldn't have asked for better parents then the ones I was given. Loving, exceptional, devoted parents who are examples to follow.

My father and my mother have always raised us to be good human beings and hard workers. He has been working since he was 16 years of age and has loved every minute of it. He is the reason I am who I am today. He is what drives me to get up early in the morning and go to work, to make something out of life. He is a tremendous human being that loves life and like all human beings, he isn't perfect. People make mistakes, but people learn from their mistakes. I was shocked by his behavior; as he has always been a good, law abiding person. This incident is very unlike my father. Please, I am respectfully seeking the mercy of this Court when my father is sentenced. I pray that you will give heartfelt consideration in making that decision and that you will take into consideration all of the good that my dad has accomplished in his life; as well as all that he can give back to society if given a second chance.

Thank you in advance for your time and for your consideration.


Joan Patin