My grandfather or as I call him PA, its such a nice guy, so helpful and always there when needed. He gives the best advise and teaches you how to think before making a decision, and how to act in different circumstances. I feel really lucky to have him and to have share with him so many wonderful experiences.

From the moment I was born as a premature baby my parents have always told me stories on how he made his self available in every step of the way. When I was 7 years old I was diagnosed with epilepsy and once again his arms to hold me, his wisdom and care have never live my side.

Now I'm 13 years old and I have the blessing of having a grandpa who is present in my life, that I can really be my self with and never feel judge, always understand and very much loved!

Matilda Patin-Rojas