To put in words my thoughts about my father could be very tricky, how do you simplify your feelings of the one person who for 37 years has represent the biggest expression of love, who has been everything that you want to become with every experience that we have share together has represented and reach a place of my life story as memorable and unforgettable.

My Dad with his wisdom words has always have my back making sure to let me know that we are all imperfect humans but at the same time with a good lesson and appreciated consequence;  The feeling of "there's always another day" to do better and to be your best version its imprinted in my self and I will forever be living up to it thanks to him; and thanks to him the best of me  its what i will always try to give to my kids!

Respect, honor, comprehension,  dedication, Fidelity are a couple of words that I can use to tell the kind of person that my father is and what his kids to be I think I could make a lot of people jealous of how lucky and bless I have been.


José Miguel Patin Hernández (Miguelito)