My Old Man

To Whom It May Concern:

Nobody is perfect, far from it actually. Pops we as human beings are flawed, we tend to put ourselves in situations in which we make horrible mistakes. And in some cases, like the one we are living through at the moment, we pay dearly for those mistakes. I will always be proud of the man my grandfather is, He has always worked hard for what he wants. His perseverance is unparalleled, his dedication to the things he believes in are a great example on the type of person my grandfather is. One of my earliest memories involving my grandfather was around the time that I was 7 years old where he taught me how to ride a bike, I remember I tried to quit numerous times that day because I kept falling. As I look back on that day, I realize he taught me something far more important and valuable that day, that no matter how hard things get, quitting is not an option regardless of the circumstances. He was always there when we needed him, He taught us not to accept complacency in our life. He didn't teach us with words, he taught us with the example of how he lived his life. He sacrificed his life for the sake of his children, so they could have a better life.

Pops, thank you for teaching and showing your entire family what it meant to be a husband, father, brother, uncle, friend and most of all a grandfather. I can only hope and wish to be half the person you are. I promise, I will try my best to continue to make you proud. I miss you Pops so very much.

I'd like to please ask for leniency that you take this letter into consideration; as he is one of the most important individuals in my life.

Yours truly,

Oscar Enrique Patin