I can start this letter by acknowledging all of my FATHER'S qualities but i must emphasize that my father is a human being and as such has made many mistakes in life and the product of those mistakes finds us in the current predicament we are at the present time, as a result of these mistakes he perhaps has impacted in a negative way in the lives of many people.

MY FATHER,
I sit here on the eve of FATHER'S day writing to you as a Father and a son, i was born the same day my Father turned 16 years old just a kid himself yet assured by my mother he never reneged his responsibility as such he held two jobs and studied to be an aviator never ever losing focus which was to become someone in life for the sake of his newborn child.

My earliest memory as child remembers the first time i was ever in an airplane, i was 4 years old and my FATHER had just obtained his private pilot license it was a small airplane green and white i still remember the look on his face but more importantly (perhaps i not knowing at the time) that was the man i wanted to be.

I remember the first time i ever drove a car, at seven years old he sat me in his lap and let me take the wheel, at that time it further strengthened my desired and assurance he was the man i would grow to be like.

As i grew at times our relationship was like a big brother little brother but he was always my friend and idol, he taught me how to ride a horse at the age of eight years old but more important when i fell he insisted to get back on it. Not knowing at the time he was preparing me for life.

At the age of 15 i told him i wanted to be a pilot and his words were " IF IT WAS UP TO ME YOU WOULD STUDY SOMETHING ELSE" my answer was "BUT IT'S NOT UP TO YOU DAD" i will always be grateful to him as he respected my decision and once again now with another family made all sacrifices to put me through pilot school. At that time i was on my way to becoming the man i saw 11 years earlier, not as a professional but as a man.

My FATHER always taught me that everything we acquire in life is earned through hard work and that nothing comes easy in life, don't accept handouts as we'd get a-costumed to it and lack the perseverance to reach our goals.

As i grew and started a family myself i raised my children following his examples and above all his commitment to his family, his perseverance and loyalty to those who at times didn't deserve it.
Now at the later stage in my life i have come to realize that whatever differences we may have had my FATHER gave me the childhood he never had better yet prepared me for life and to be the best FATHER, professional and human being i can be.

I'd like to finish this letter pleading for leniency that you take this letter into consideration as he has is and will always be even once after i have died is the most influential person in my life and i love him unconditionally.

Yours truly


Oscar A. Patin