For 21 years I've been part of my father in laws life, and what an honor it has been. With the same slow but steady walk, with that not so frequent but genuine side smile, with those serene eyes and those endless stories with great endings that you will keep near your heart because you know how sincere and valuable each word was.

If someone ask me for his worst defect with my eyes closed I'll answer without hesitation that are the same as his greatest accomplishments: The unconditional love, support and giving his whole self to making his family happy, always with hard work and a life lesson in the process.

I've learned so many little/big  things just sitting next to him, like how looking at a beautiful sunset can make you feel so much at peace, or like sometimes by saying nothing you just said what was needed, or for example how to say how much you care about someone just by a gesture or giving them your hand. I have seen disillusion  in his eyes many times, but not one of those times not captured a fast recovery with a lesson learned and a solution greater than the disappointment. The perfect representation of Resilience!

A man with great faith, very aware of his convictions but not close minded, a wonderful human and an example of life. To get to his big heart Its a great process and a long one but such a great journey once you concur that big cold wall, such a warm and comfort place its given to you, such a special and particular and forever by your side, all the way.

Virginia Patin-Rojas