To whom it may concern,

I find myself writing this letter because of a mistake a significant person in my life made. We as humans are not perfect, yet a man must be big enough to admit his mistakes, and responsibility is not a trait my grandfather has ever lacked. Without intending to justify any act, I strongly believe and see this as a mistake out of love. Ever since the first memory I have of my grandfather, I remember him completely devoted to his family. From what I have learned and seen myself, he has made significant sacrifices throughout his life for our well being. I have always admired his dedication, commitment, and loyalty to his own goals. I very deeply wish I could be as driven as he is in my own life. My grandfather has given me the best role model I could have ever asked for, my father. He has been essential in my growth, since thanks to his examples my father is the man he is today, the most influential human being in my life. Words cannot express how grateful I am to him and ever will be for teaching my father to be who he is by telling him where to look, but not what to see; and if you ever read this letter granpa, I want you to know I am beyond proud and thankful of who you are. I am grateful for every teaching you have left me, not knowing that you have. For giving me an example of the importance of working hard for the things you want to achieve, and above all for giving the word "perseverance" a meaning in my life. I am thankful because in the end, today I am me, because of you.

There is no explanation that could ever justify his mistake, yet I plea for leniency, and very deeply ask you to consider this letter.

Sincerely,

Vivalda A. Patin