June 13, 2017

10 years ago a had the privilege of meeting Mr. Miguel. Due to reference I knew he was a very hard working and family oriented person. Over time I could confirm that this qualities were true and I discovered a lot more. I discovered that he is an enterprising person that continuously is motivated with his spirit of knowledge to go further more than normal, a humble man, grateful and a unstoppable hard worker, own nothing more than man of success, people who just believe in dairy work.

I believe firmly that words are blown by the wind, that paper holds on everything and the same way I acknowledge that acts are worth more than words, I allow myself to provide some example of qualities I mentioned. His spirit of knowledge made him 5 or 6 years ago learn how to fly a helicopter after being 60 years old and even get certified as a pilot himself. This is just simply admirable. All this time maintaining humble and searching for a way to extended his knowledge and give a better opportunity to his workers. In a lot of occasion I have seen him help people in need because he wanted to, to help their conditions of living.

A grateful person, I admire this quality because once Lao Tse "Gratefulness is the memory of the heart because it always remembers us who help us in the beginning". In my personal opinion this values a lot. He has been married for over 40 years with completely devotion to his wife. As time passes by he grows and learns more about the bible. The lord talks about his devotion when he states that we are only one body. God calls us to protect one another and that is something I always saw in him. What I am more grateful for is that he once told me that he was grateful that I will always love his daughter and never harm her. This made me reflect deep because I have 5 daughters who are his granddaughters and I never want someone to harm them and this says the type of men he wants in his family and the type of man that I am.

He is a very hard working person. He wakes up everyday at 5:30 am not because he needs to go to work but because the passion and love that thrives him to work. He always talked about the importance of hard working, the importance of your children seeing you work and get inspired and motivated to do it to. He always said that this would make a difference in the world.

I have more than 10 years knowing him and sharing our lives. I

have seen a person who is sincere, honest, loyal and a hard worker who inspires us to better. I have hope that you, Mrs. Judge could have seen the type of man he is and how he has lived his life worrying and caring about others. A person who is always willing to help and make a everyone feel inspired. As a believer of God there are no saints without past but there are no sinners without future precisely the kingdom of heaven is not made for saints but for sinners who recognize their faults and repent of them in my intimate conviction that he is repentant I know that it is very difficult because the judges have to decide the luck of a man or woman I know that has a job to fulfill but God says that we must forgive and must see the heart of the people and precisely Mr. Patin has showed that he has a noble heart so we appeal his benevolence.

Enrique Ricardo Peynado
(son in law)