Dear Judge,

My grandfather is what strength symbolizes to me. He is the definition of unconditional love. My grandfather always made sure his family was safe and he made sure that we knew he was always their for us. He would always get out of his way to make sure I was right. My grandfather inspires me to be a better daughter, friend and person. He inspires me to be the best that I can everyday.

I learned a lot from my grandfather. I learned that not everything is going to turn out the way you want it to be. I learned that if I want something done I have to do it myself. He thought me a lot throughout the years and I am very grateful to have him as a member of my family because he is not only my grandfather, he is like a father figure to me.

My grandfather is part of everything of every single person in this family. My three younger sisters love him very much. Even though they don't know what is happening they still ask about him everyday. They care for him very much and they can't wait to see him again. We all want to see him again as the man he truly was before.

Miranda Ortiz Patin
(15 years)
