Santo Domingo, Dominican Republic

May 29, 2017

**Honorable Judge**

Receive my most respectful greetings and best wishes for health and well-being. I have the honor to address to your high investiture by giving testimony of the life of Mr. Jose Miguel Patin, whom I have known for more than 26 years and to whom I profess a deep admiration and affection.  I can tell you,  honorable judge that this man has led an exemplary life here in Santo Domingo, a loving father and selfless husband and grandfather who has forged his companies with work, honesty and great effort, besides being attached to the laws and regulations of aviation. I have been a doctor of his family and  aviation medical examiner for him to renew his medical certificates of aviation until the time comes to deny these for medical reasons of importance and disqualifiers for the flight.

I can not ask for more of what you can do for Mr. Patin; I only ask that the divine mercy act through you for a man who made a mistake and who is already completely repentant and learned the lesson God and human justice imposed him.

May Lord God the Father, the Son and the Holy Spirit bless you and enlighten your wisdom,  so that you may make the best and just decision for all.


Sincerely your,


Rafael E. Lora  MD

Occupational & Aviation medical Specialist

809-350-0660