To whom it may concern

I hereby wish to inform that I have been a close friend of Mr. José Miguel Patín Eusebio since 1968, and during all this time we have maintained a sincere friendship that is very familiar, and I can attest to his excellent behavior in society, both in the business and family life.

Mr. Patín is a serious-minded man, dedicated to his work and his family with an excellent reputation in Dominican society and in his business.

If someone wants some additional information about him, morally and professionally, I am in the best position to provide it if you require it.

Cordially,

Herny W. Azar. Lithgow