5 de 5

Santo Domingo Dominican Republic
May 29, 2017

To whom it may concern:

By means of the present I allow myself to make of your appreciable knowledge that I have known for more than 11 years Mr. José Miguel Patín Eusebio.
On this subject, I wish to express to you that in the time I have known Mr. Patin he has proved to be a person of great family, ethical and Christian values, I have always seen him with much affection, respect and admiration for his way of being, excellent husband, father and has always proved to be the unconditional friend in the various processes that we have been sharing.
The wife of Sr. Patín and I belong to the Brotherhood of Emaus Women of Dominican Republic, Brotherhood that belongs to the Catholic Church through this ministry we serve the Lord transforming lives with the power of the gospel, sharing the missionary experience of personal life as Family, community and as a Church, Mr. Patin has always supported his wife and has been a motivating entity for his wife to serve the Lord with humility and much love.
The Lord commands us to act correctly, but the enemy is always on the lookout for people who are acting correctly in the ways of the Lord and I can tell you Madam Judge that the family Patín Hernández are people who enjoy the privilege of having the love and affection of many people who have come to their lives in different ways, always ready to help the most needy, the friend, the brother, to whomsoever regardless of their social or economic status, those and many more reasons are what have made us consider that family as part of ours.
Mr. Patín is not only the friend, he is the brother that the Lord gave us along with his wife to whom we love with the same love, we have always seen him with respect and admiration, I can assure you that in front of you there is a person with a noble, just, humble and fearful heart of God, and if any sin has committed, the Lord has forgiven him because the Lord loves us with an unconditional love, God almighty does not take our sins into account but the greatness of our hearts and the willingness to change our actions if we live with the joy of the Risen Christ in our lives.
Sincerely,

Martiza Jacqueline Díaz de Lora.